UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Chattanooga

FILED
JUN - 3 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Keith H. Miller )
)
_____ )
(Enter above the NAME of the )
plaintiff in this action.) )
)
v. )
Rhea County Sheriffs Office )
Dayton City Police Department )
)
_____ )
(Enter above the NAME of each )
defendant in this action.) )

Case No:
1:21-CV-125

Judge Collier
Mag. Judge Steger

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (X)

    B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to the previous lawsuit:

        Plaintiffs: N/A

        Defendants: N/A

1

2. COURT: (If federal court, name the district; if state court, name the county): N/A

3. DOCKET NUMBER: N/A

4. Name of Judge to whom case was assigned: N/A

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

II. PLACE OF PRESENT CONFINEMENT: N/A

A. Is there a prisoner grievance procedure in this institution? YES ( ) NO (X)

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO ( )

C. If your answer is YES,

   1. What steps did you take? N/A

   2. What was the result? N/A

D. If your answer to B is NO, explain why not. N/A

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO (X)

F. If your answer is YES,

   1. What steps did you take? N/A

2

2. What was the result? __N/A__

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: __Keith H. Miller__

Present address: __255 Morgan Springs Rd. Dayton TN. 37321__

Permanent home address: __255 Morgan Springs Rd Dayton TN. 37321__

Address of nearest relative: __255 Morgan Springs Rd. Dayton TN. 37321__

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: _____

Official position: __N/A__

Place of employment: 

C. Additional defendants: _____

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

On June 4 2020, at my home on 255 Morgan Springs Rd. Dayton Tennessee, I willing complied with officers commands, stepped

3

back to the sound of their voices, got to my knees, put hands behind my back and was cuffed without incident on my dinning room floor. Mike Bice and 3 other officers surrounded me with approximately 5 other officers stood around the perimeter of dining room and adjacent kitchen. Mike Bice walked in front of me and stated "I wish you hadn't surrendered you son of a bitch". Then he directed one of the officers to remove the juvenille. The officer went up the stairs and escorted my son directly in front of me. As soon as my son was out the door, Mike Bice nodded at the officer to my right and the officer punched me in the head just above and behind the ear, knocking me unconscious. When I regained consciousness, everyone was yelling "Get up". I tried but couldn't. The officer behind me was pushing foward on the cuffs while pulling back on my hair while the other officers were hitting me in the head with their fist and kicking me with boots. Mike Bice was hitting me with the butt of an AR15 attached with what appeared to be a 3 point sling. I was struck approximately 20 times total by the 3 officers while being held by cuffs and hair from behind. Next 3 officers picked me up by the cuffs and hair, one under each arm, pointing me toward the rear door Mike Bice was in front of me. As we approached the laundry room door I was purposely slammed face first into the door frame with the force of all 3 officers again knocking me unconscious.

4a

When I regained consciousness, the three officers were holding me up and Mike Bice once again hit me in the front top of my head with AR 15. The back door to my home was then opened and they ran/drug me out the driveway and placed me in a patrol car.

I was booked into Rhea County Jail. I let them know I'd been knocked unconscious twice and didn't request to see a doctor at that time. Hours after, I became nauseated, had tunnel vision and a severe headache. I requested to see a doctor but was denied for approx. 3 days. Finally upon insistence, I was taken to the Rhea County Emergency Department for an evaluation and treatment.

4b

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

I want the 4 officers that violated my 4th Amendment Constitutional Rights, by hitting me with fist, kicking, and hitting me with a loaded AR 15 and the 5 officers that observed but did nothing to stop to know even though I was a suspect, they should not act with malice nor stand by complicit. I am seeking relief for emotional, physical pain, and mental hardships endured by this beating.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 3rd day of June, 2021.

_____
Signature of plaintiff(s)

5