UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| KEITH H. MILLER, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | No. 1:21-CV-125 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| RHEA COUNTY SHERIFF'S OFFICE, *et al.*, ) | Magistrate Judge Christopher H. Steger |
| ) | |
| *Defendants*. ) | |

## JUDGMENT ORDER

Plaintiff filed his *pro se* complaint in this matter on June 3, 2021. (Doc. 1.) On September 7, 2021, the Court ordered him to show cause why this action should not be dismissed for failure to serve process pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. (Doc. 5.) Plaintiff has failed to respond to the Show Cause Order or serve process on the Defendants.

Considering Plaintiff's failure to serve process on Defendants within the extended time granted by the Court, and as Plaintiff was expressly warned in the Court's Order of September 7, 2021, Plaintiff's action is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 4(m). There being no further issues, the Clerk of Court is **DIRECTED** to close the case.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ *LeAnna R. Wilson*
    CLERK OF COURT